**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__NORTHERN__ District of __CALIFORNIA__
(State)

Case number (*if known*): _____ Chapter __7__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Sixup PBC, Inc

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   4 7 – 1 7 1 8 8 0 3

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 77 Van Ness Ave., | |
   | Number     Street | Number     Street |
   | Suite 101 MS-1223 | |
   | | P.O. Box |
   | San Francisco CA 94102 | |
   | City          State     ZIP Code | City          State     ZIP Code |
   | | Location of principal assets, if different from principal place of business |
   | San Francisco | |
   | County | Number     Street |
   | | |
   | | City          State     ZIP Code |

5. **Debtor's website** (URL)

   www.sixup.com

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | **A.** *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>4</u>  <u>1</u>  <u>9</u>

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

> ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

> ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

> ☐ A plan is being filed with this petition.

> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 2 of 65

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY

        District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                    MM / DD / YYYY

        Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
                      Number        Street

                      _____

                      _____
                      City                                State ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 3 of 65

**13. Debtor's estimation of available funds**

Check one:

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/28/2023
              MM / DD / YYYY

**X** _[signature]_                                    Sunwoo Hwang
Signature of authorized representative of debtor        Printed name

Title   Chief Executive Officer

| Debtor | Sixup PBC, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

✗ _[signature]_

Signature of attorney for debtor

Date  07/28/2023
MM  / DD / YYYY

Bennett B. Young
Printed name

Jeffer Mangels Butler & Mitchell LLp
Firm name

Two Embarcadero Center, 5th Floor
Number     Street

San Francisco
City

CA
State

94111
ZIP Code

415-398-8080
Contact phone

byoung@jmbm.com
Email address

106504
Bar number

CA
State

Case: 23-30509   Doc# 1   Filed: 07/28/23   Entered: 07/28/23 14:21:42   Page 5 of 65

## ACTION TAKEN BY UNANIMOUS WRITTEN CONSENT

## OF THE BOARD OF DIRECTORS

### SIXUP PBC, INC.
### a Delaware public benefit corporation

Pursuant to the provisions of Section 141(f) of the Delaware General Corporation Law (the "DGCL"), the undersigned constituting all of the directors of SIXUP PBC INC., a Delaware public benefit corporation (the "Corporation"), do hereby adopt the following resolutions, effective as of July 21, 2023:

WHEREAS the Corporation is out of cash and unable to sustain its operations.

WHEREAS the Corporation has sought additional sources of capital but has been unable to raise any funds.

WHEREAS, the Board has discussed with the Corporation's legal and financial advisors, among other matters, the actual and potential liabilities of the Corporation, its liquidity, the strategic alternatives available to it, and the impact of the foregoing on the Corporation's ability to conduct business.

NOW, THEREFORE, BE IT RESOLVED as follows:

NOW, THEREFORE, BE IT RESOLVED that the Board has determined, after consultation with management and the legal and financial advisors of the Corporation, that it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest that a petition be filed by the Corporation seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code; and

BE IT FURTHER RESOLVED that any officer of the Corporation (each, an "Authorized Officer"), acting singly or jointly, be, and each hereby is, authorized and empowered, with full power of delegation, to negotiate, execute, deliver, and file in the name and on behalf of the Corporation, and under its seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, and other documents in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"), and, in connection therewith, to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, appropriate, desirable, or advisable in connection with the Corporation's chapter 7 case (the "Chapter 7 Case"), including, without limitation, (a) the payment of any fees, expenses, and taxes such Authorized Officer deems necessary, appropriate, desirable, or advisable, and (b) negotiating, executing, delivering, performing, and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 7 Case with a view to the successful prosecution of the Chapter 7 Case (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and

BE IT FURTHER RESOLVED that, in connection with the Chapter 7 Case, any Authorized Officer, acting singly or jointly, be, and each hereby is, authorized and empowered, with full power of delegation, in the name and on behalf of the Corporation and the Board, to employ and retain all assistance, in the name and on behalf of the Corporation and the Board, legal counsel, accountants, financial advisors, investment bankers, and other professionals that such Authorized Officer deems necessary, appropriate, desirable, or advisable in connection with such employment and retention of professionals, with the view to the successful prosecution of the Chapter 7 Case (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and

BE IT FURTHER RESOLVED that any Authorized Officer, acting singly or jointly, be, and each hereby is, authorized and empowered, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file or record, and perform, such agreements, instruments, motions, affidavits, rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, appropriate, desirable, or advisable in connection with the Chapter 7 Case; and

BE IT FURTHER RESOLVED that any and all past actions heretofore taken by any Authorized Officer in the name and on behalf of the Corporation in furtherance of any or all of the preceding paragraphs of this resolution be, and the same hereby are, ratified, confirmed, and approved in all respects.

DIRECTORS:

_____
Sunwoo Hwang

_____
Sam Reinman

**Fill in this information to identify the case:**

Debtor name    Sixup PBC, Inc.

United States Bankruptcy Court for the:   NORTHERN    District of   CA
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**          $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. First Republic Bank | Checking | 7   5   9   7 | $ 1,374.05 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $ _____ |
| 4.2. _____ | $ _____ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 1,374.05

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. _____ | $ _____ |
| 7.2. _____ | $ _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1.  The Hartford - BOP insurance paid 01/17/2023 - Term 01/14/2023-01/14/2024    $ 1,313.32

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                  $ 1,313.32

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........➔   $_____
                              face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........➔   $_____
                              face amount       doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.         $ 0.00

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. Sixup Lending, LLC                     100    %    N/A              $ Unknown

    15.2. (See Attached Org Chart)               _____  %    _____      $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____

    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                            $ 0.00

## Part 5:    Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 20.  **Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 21.  **Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 22.  **Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| 29.  **Farm animals** Examples: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| 30.  **Farm machinery and equipment**  (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| 31.  **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| 32.  **Other farming and fishing-related property not already listed in Part 6**<br> | $_____ | | $_____ |

Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 10 of 65

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Laptops, iPad, website enhancements | $ 19,460.92 | Cost method | $ 9,496.58 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 9,496.58

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Sixup PBC, Inc.                                    Case number *(if known)*_____
          Name

---

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

     $ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

Official Form 206A/B                     Schedule A/B: Assets — Real and Personal Property                     page 5

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

*See attached list for full details*

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Trademarks, Trade Secrets | $ n/a | n/a | $ UNK |
| 61. **Internet domain names and websites**<br>Domain names and websites | $ n/a | n/a | $ UNK |
| 62. **Licenses, franchises, and royalties**<br>State licenses or exemptions in 29 states | $ n/a | n/a | $ UNK |
| 63. **Customer lists, mailing lists, or other compilations**<br>Databases & data collection | $ n/a | n/a | $ UNK |
| 64. **Other intangibles, or intellectual property**<br>Certifications, social media, software, etc. | $ n/a | n/a | $ UNK |
| 65. **Goodwill**<br>See attached details | $ n/a | n/a | $ UNK |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ UNK

| Debtor | Sixup PBC, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

See attached list for details

$6,287,320.65 − $6,287,320.65 = ➡ $ 0.00
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

See attached list for details

Tax year _____ $ 30,291,495.00
Tax year _____ $ _____
Tax year _____ $ _____

73. **Interests in insurance policies or annuities**

_____ $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____ $ _____

Nature of claim _____
Amount requested $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____ $ _____

Nature of claim _____
Amount requested $_____

76. **Trusts, equitable or future interests in property**

_____ $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____ $ _____
_____ $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. $ 30,291,495.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,374.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,313.32 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 9,496.58 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ UNK | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 30,291,495.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 30,303,678.95 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .........................................................................    $ 30,303,678.95

SIXUP PBC, INC.

Schedule A/B, Part 11, No. 71:

| | |
|---|---|
| Intercompany Receivable from Sixup Lending, LLC | $65,388.09 |
| Intercompany Receivable from Sixup Community Fund I, LLC | $242,237.09 |
| Intercompany Receivable from Sixup Secured Funding 1, LLC | $42,980.52 |
| Intercompany Receivable from Sixup Credit Facility 2017-1, LLC | $129,407.85 |
| Intercompany Receivable from Sixup Community Fund II | $29,840.36 |
| Intercompany Receivable from Sixup Foundation | $754.35 |
| Investments in Sixup Lending LLC | $5,309,428.85 |
| Intercompany Loan to Sixup Secured Funding 2021-1 LLC | $359,091.21 |
| Augustine Bui | $29,125.00 |
| Sunwoo Hwang | $79,067.33 |
| Total: | $6,287,320.65 |

7f506544v1

Schedule A/B, Part 11, No. 72:

| Description | Tax year | Current Value |
|---|---|---|
| DE Franchise Tax - Credit balance | 2020 | $20,196.00 |
| Federal NOL | 2021 | $20,138,043.00 |
| Sec 179 Carryover | 2021 | $14,245.00 |
| CA Franchise Tax NOL | 2021 | $9,270,819.00 |
| FL Corp Inc/Franchise NOL | 2021 | $347,007.00 |
| GA Corp Inc/Franchise NOL | 2021 | $501,185.00 |
| Total: | | $30,291,495 |

Please note these amounts do not include 2022 tax return information (extension filed).

7fs06544v1

# SIXUP GROUP ORGANIZATIONAL CHART
## 08.19.22

**Sixup PBC, Inc. Board:**
Sunwoo Hwang, Chairman
Sam Reiman, Director
**Sixup PBC, Inc. Officers:**
Sunwoo Hwang
CEO, President, Secretary, Treasurer
Augustine T. Bui
VP Operations

**Sixup Lending LLC, Board:**
Sunwoo Hwang
Sixup Lending LLC, Officers:
Sunwoo Hwang
CEO, President, Secretary, Manager
Augustine T. Bui
VP Operations

**Sixup Secured Funding 2021-1, LLC:**
Sixup Lending LLC, sole member
Sixup Lending LLC, manager
**Sixup Secured Funding 2022-1:**
Wilmington Trust, National Association,
a Delaware Banking Corporation, trustee

**Sixup Community Fund I, LLC:**
Sixup Lending LLC, sole member
Sixup Lending LLC, manager
**Sixup Secured Funding I, LLC:**
Sixup Lending LLC, sole member
Sixup Lending LLC, manager

**Sixup PBC, Inc.**
A Delaware Public
Benefit Corporation

100%

**Sixup Lending LLC**
A Delaware Limited
Liability Company

100%

Sixup Community Fund I, LLC

Sixup Secured Funding I, LLC

Sixup Secured Funding 2021-1, LLC

Sixup Secured Funding 2022-1

☐ = DE Corporation

▢ = DE Limited Liability Company

◇ = DE Statutory Trust

**Fill in this information to identify the case:**

Debtor name ___Sixup PBC, Inc.___

United States Bankruptcy Court for the: ___NORTHERN___ District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

**2.2** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $_____

Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 19 of 65

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of ___

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.__**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

Debtor    Sixup PBC, Inc.

United States Bankruptcy Court for the:    NORTHERN    District of    CA
                                                                   (State)

Case number
(If known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Augustine Bui

1555 Birdsall St, Unit E

Houston, TX 77077

**Date or dates debt was incurred**
01/01/2021-Current

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ 120,299.18    $ 15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Deferred Salary

**Is the claim subject to offset?**
☐ No
☒ Yes

**2.2** Priority creditor's name and mailing address
Sunwoo Hwang

1555 Birdsall St, Unit E

Houston, TX 77077

**Date or dates debt was incurred**
01/01/2021-Current

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ 120,299.18    $ 15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Deferred Salary

**Is the claim subject to offset?**
☐ No
☒ Yes

**2.3** Priority creditor's name and mailing address

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
AAFCPAs, Inc.

50 Washington Street

Westborough, MA 01581

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Contract

$ 8,000.00

Date or dates debt was incurred   01-03/2023

Last 4 digits of account number   2  6  0  7

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**
Cogency Global Inc.

PO Box 3168

Hicksville, NY 11802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Contract

$ 8,752.90

Date or dates debt was incurred   04-07/2023

Last 4 digits of account number   Q  1  M  L

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**
Engage Lively

50 Diablo View Drive

Orinda, CA 94563

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Contract

$ 3,900.00

Date or dates debt was incurred   07/2022-02/2023

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**
Fabiani Advisors, LLC

5721 33rd Street Northwest

Washington, DC 20015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Contract

$ 450.00

Date or dates debt was incurred   06/2023

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**
Figure Technologies Inc.

650 California St. 27th floor 2700

San Francisco, CA 94108

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Contract

$ 4,200.00

Date or dates debt was incurred   11/2022-11/2023

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
First Republic Bank

111 Pine Street

San Francisco, CA 94111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   PPP Loan

$ 35,977.48

Date or dates debt was incurred   04/25/2020

Last 4 digits of account number   4  0  4  5

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-30509   Doc# 1   Filed: 07/28/23   Entered: 07/28/23 14:21:42   Page 23 of 65

| Debtor | Sixup PBC, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7**

**Nonpriority creditor's name and mailing address**

Gilinsky & Safenovitz, LLC

18195 Moss Pt.

Chagrin Falls, OH 44023

Date or dates debt was incurred    05-07-2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**    Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 750.00

---

**3.8**

**Nonpriority creditor's name and mailing address**

Goodwin Procter LLP

100 Northern Avenue

Boston, MA 02210

Date or dates debt was incurred    08-12-2022

Last 4 digits of account number    0  9  1  5

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,092.00

---

**3.9**

**Nonpriority creditor's name and mailing address**

ImpactAssets Inc.

4340 East West Highway, Suite 210

Bethesda, MD 20814

Date or dates debt was incurred    11/18/2020

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,099,999.91

---

**3.10**

**Nonpriority creditor's name and mailing address**

Jennie Gross

8037 Quebec Street

Commerce City, CO 80022

Date or dates debt was incurred    06/2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.11**

**Nonpriority creditor's name and mailing address**

Kutak Rock LLP

PO Box 30057

Omaha, NE 68103-1157

Date or dates debt was incurred    07-08-2022

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,607.50

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.12** | Nonpriority creditor's name and mailing address
Launch Servicing, LLC

402 West Broadway 20th Floor

San Diego, CA 92101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Contract

Date or dates debt was incurred    04-07-2023

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,908.19

---

**3.13** | Nonpriority creditor's name and mailing address
MV CAL, LLC

580 Second Street, Suite 260

Oakland, CA 94602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Contract

Date or dates debt was incurred    01/28/2022

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☒ Yes

$ 250,000.00

---

**3.14** | Nonpriority creditor's name and mailing address
Opportunity Finance Network

123 S Broad Street, Suite 1930

Philadelphia, PA 19109

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan

Date or dates debt was incurred    08/16/2021

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,522,500.00

---

**3.15** | Nonpriority creditor's name and mailing address
PolicyMap, Inc.

1315 Walnut Street, Suite 1500

Philadelphia, PA 19107

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Contract

Date or dates debt was incurred    03/2023-03/2024

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,500.00

---

**3.16** | Nonpriority creditor's name and mailing address
Ric hards Layton & Finger

920 North King Street

Wilmington, DE 19801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Contract

Date or dates debt was incurred    07-08/2022

Last 4 digits of account number    6  7  2  4

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,742.00

| Debtor | Sixup PBC, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Rishma Hamir

705 888 Pacific Street

Vancouver, BC V6Z2S6

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 933.33

Basis for the claim: Contract

Date or dates debt was incurred    05-07/2023

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**3.18** Nonpriority creditor's name and mailing address

Robert Thorland

4107 Whittle Ave

Oakland, CA 94602

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 272.44

Basis for the claim: Contract

Date or dates debt was incurred    06/15/2023

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**3.19** Nonpriority creditor's name and mailing address

Salesforce, Inc.

415 Mission Street, 3rd Floor

San Francisco, CA 94105

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 853.44

Basis for the claim: Contract

Date or dates debt was incurred    05/15-08/14/2023

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    _2_ _6_ _7_ _1_

**3.20** Nonpriority creditor's name and mailing address

Sixup Community Fund I

77 Van Ness Ave, Suite 101, MS-1223

San Francisco, CA 94102

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 56,962.35

Basis for the claim: Intercompany

Date or dates debt was incurred    2017-Current

Is the claim subject to offset?
- ☐ No
- ☑ Yes

Last 4 digits of account number    ___ ___ ___ ___

**3.21** Nonpriority creditor's name and mailing address

Sixup Foundation

77 Van Ness Ave, Suite 101, MS-1223

San Francisco, CA 94102

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,349.00

Basis for the claim: Intercompany

Date or dates debt was incurred    2017-Current

Is the claim subject to offset?
- ☐ No
- ☑ Yes

Last 4 digits of account number    ___ ___ ___ ___

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Sixup Lending LLC

77 Van Ness Ave, Suite 101, MS-1223

San Francisco, CA 94102

Date or dates debt was incurred     2018-Current

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: ___Intercompany___

Is the claim subject to offset?
☐ No
☑ Yes

$ 5,924,764.16

---

**3.23** Nonpriority creditor's name and mailing address

Pier Asset Management LLC

1230 Rosecrans Avenue, Suite 300

Manhattan Beach, CA 90266

Date or dates debt was incurred     06/24/2021

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Loan___

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,602,621.13

---

**3.24** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.25** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Seiler Epstein LLP<br><br>4 Embarcadero Center, 14th Floor, San Francisco, CA 94111 | Line 3.13<br><br>☐ Not listed. Explain _____ <br>_____ | __ __ __ __ |
| 4.2. | California Department of Tax and Fee Admin.<br>Account Information Group, MIC-29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | Line ____<br><br>☐ Not listed. Explain _____ <br>_____ | |
| 4.3. | Internal Revenue Service<br><br>P.O. Box 7346<br><br>Philadelphia, PA 19101-7346 | Line ____<br><br>☐ Not listed. Explain _____ <br>_____ | __ __ __ __ |
| 4.4. | Delaware Div. of Revenue/Bankruptcy Svc<br>Attn: Bankruptcy Administrator<br>Carvel State Building<br>820 N. French Street, 8th Floor<br>Wilmington, DE 19801 | Line ____<br><br>☐ Not listed. Explain _____ <br>_____ | |
| 41. | Franchise Tax Board<br>Bankruptcy Section,<br>MS:A-340, P.O. Box 2952<br>Sacramento, CA 95812-2952 | Line ____<br><br>☐ Not listed. Explain _____ <br>_____ | __ __ __ __ |
| 4.5. | Employment Development Department<br>Bankruptcy Unit MIC 92E<br>P.O. ox 826880<br>Sacramento, CA 94280-0001 | Line ____<br><br>☐ Not listed. Explain _____ <br>_____ | |
| 4.6. | | Line ____<br><br>☐ Not listed. Explain _____ <br>_____ | __ __ __ __ |
| 4.7. | | Line ____<br><br>☐ Not listed. Explain _____ <br>_____ | |
| 4.8. | | Line ____<br><br>☐ Not listed. Explain _____ <br>_____ | __ __ __ __ |
| 4.9. | | Line ____<br><br>☐ Not listed. Explain _____ <br>_____ | |
| 4.10. | | Line ____<br><br>☐ Not listed. Explain _____ <br>_____ | __ __ __ __ |
| 4.11. | | Line ____<br><br>☐ Not listed. Explain _____ <br>_____ | |

Case: 23-30509   Doc# 1   Filed: 07/28/23   Entered: 07/28/23 14:21:42   Page 28 of 65

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ 30,300.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 12,791,934.19 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 12,822,234.19 |

**Fill in this information to identify the case:**

Debtor name _Sixup PBC, Inc._

United States Bankruptcy Court for the: _NORTHERN_ District of _CA_
(State)

Case number (If known): _____ Chapter _7_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest: _Private Education Loans and Student Loan Servicing_ <br><br> State the term remaining: _8 Months - 03/28/2024_ <br><br> List the contract number of any government contract: _____ | _Launch Servicing, LLC_ <br> _402 West Broadway, 20th Floor_ <br> _San Diego, CA  92101_ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest: _____ <br><br> State the term remaining: _____ <br><br> List the contract number of any government contract: _____ | _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest: _____ <br><br> State the term remaining: _____ <br><br> List the contract number of any government contract: _____ | _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest: _____ <br><br> State the term remaining: _____ <br><br> List the contract number of any government contract: _____ | _____ |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest: _____ <br><br> State the term remaining: _____ <br><br> List the contract number of any government contract: _____ | _____ |

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._   **State what the contract or lease is for and the nature of the debtor's interest**

     **State the term remaining**

     **List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

     **State the term remaining**

     **List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

     **State the term remaining**

     **List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

     **State the term remaining**

     **List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

     **State the term remaining**

     **List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

     **State the term remaining**

     **List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

     **State the term remaining**

     **List the contract number of any government contract**

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      page ___ of ___

**Fill in this information to identify the case:**

Debtor name ___Sixup PBC, Inc.___

United States Bankruptcy Court for the: ___NORTHERN___ District of ___CA___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Sixup Lending LLC | 77 Van Ness Ave, Suite 101, MS-1223 <br> Street <br><br> San Francisco   CA   94102 <br> City    State    ZIP Code | Opportunity Finance Network | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 _____ | Street <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name    Sixup PBC, Inc.

United States Bankruptcy Court for the:    NORTHERN    District of    CA
                                                                   (State)

Case number (If known):    _____

☐ Check if this is an
   amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to 05/31/2023<br>Filing date | ☐ Operating a business<br>☐ Other _____ | $ 0.00 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to 12/31/2022<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ 0.00 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to 12/31/2021<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ 0.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to 05/31/2023<br>Filing date | ERTC Funds | $ 7,994.80 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to 12/31/2022<br>MM / DD / YYYY | ERTC Funds, EIDL Grant,<br>Debt Forgiveness Income | $ 344,975.62 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to 12/31/2021<br>MM / DD / YYYY | | $ 0.00 |

Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 33 of 65

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

See attached list for full details

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name _____ Street _____ City          State     ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name _____ Street _____ City          State     ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

See attached list for full details

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name _____ Street _____ City          State     ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $_____ | _____ _____ _____ |
| 4.2. | _____ Insider's name _____ Street _____ City          State     ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $_____ | _____ _____ _____ |

Case: 23-30509     Doc# 1     Filed: 07/28/23     Entered: 07/28/23 14:21:42     Page 34 of 65

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | MV CAL, LLC v. Sixup PBC, Inc. | Breach of Contract and Common Counts | Superior Court of California, County of San Francisco | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 400 McAllister Street | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | CGC-22-598806 | | San Francisco    CA      94102 | |
| | | | City        State       ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending |
| | | | | ☐ On appeal |
| | | | Name | ☐ Concluded |
| | **Case number** | | Street | |
| | | | City        State       ZIP Code | |

Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 35 of 65

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____<br>Custodian's name | _____ | $_____ |
| _____<br>Street | **Case title** | **Court name and address** |
| _____ | _____ | _____<br>Name |
| _____<br>City        State      ZIP Code | **Case number** | _____<br>Street |
| | _____ | _____<br>City        State        ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | _____ | _____ | $_____ |
| _____<br>Street | _____ | | |
| _____<br>City        State      ZIP Code | | | |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | _____ | _____ | $_____ |
| _____<br>Street | _____ | | |
| _____<br>City        State      ZIP Code | | | |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Jeffer Mangels Butler & Mitchell LLP - JMBM | | 06/27-07/25/2023 | $ 18,000.00 |
| | **Address** | | | |
| | Two Embarcadero Center | | | |
| | Street | | | |
| | 5th Floor | | | |
| | San Francisco        CA        94111 | | | |
| | City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | BYoung@JMBM.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 37 of 65

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 77 Van Ness Avenue | From | 2015 | To   Current |
| | Street | | | |
| | Suite 101 - MS-1223 | | | |
| | San Francisco    CA    94102 | | | |
| | City    State    ZIP Code | | | |
| 14.2. | 230 California Street | From | 07/15/2016 | To   01/28/2022 |
| | Street | | | |
| | Suite 600 | | | |
| | San Francisco    CA    94111 | | | |
| | City    State    ZIP Code | | | |

Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 38 of 65

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankrupties**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name _____ | _____ | _____ |
| | Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | City        State        ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name _____ | _____ | _____ |
| | Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | City        State        ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Name, address, DOB, SSN, etc.

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 39 of 65

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 40 of 65

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Case: 23-30509     Doc# 1     Filed: 07/28/23     Entered: 07/28/23 14:21:42     Page 41 of 65

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

*See attached list for full details*

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Name<br>Street<br>City        State        ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____  To _____ |
| 25.2. Name<br>Street<br>City        State        ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____  To _____ |
| 25.3. Name<br>Street<br>City        State        ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____  To _____ |

Case: 23-30509      Doc# 1      Filed: 07/28/23      Entered: 07/28/23 14:21:42      Page 42 of 65

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None    <span style="color:red">See attached list for full details</span>

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | From _____   To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Accell Audit & Compliance, PA<br>Name<br>3001 North Rocky Point Drive East<br>Street<br>Suite 200<br>Tampa    FL    33607<br>City    State    ZIP Code | From <u>02/2022</u>   To <u>07/2022</u><br><br>Agreement executed 02/02/2022<br>Audited the 2021 calendar year in 2022 |

| Name and address | Dates of service |
|---|---|
| 26b.2. KDP Certified Public Accountants, LLP<br>Name<br>155 E. 50th Street<br>Street<br><br>Boise    ID    83714<br>City    State    ZIP Code | From <u>2021</u>   To <u>2021</u><br><br>Audited the 2020 calendar year in 2021 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Parallel 42 Consulting, LLC - Meaghan Orrall<br>Name<br>13623 S Baroque Avenue<br>Street<br><br>Nampa    ID    83651<br>City    State    ZIP Code | _____<br><br>_____ |

<span style="color:red">Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 43 of 65</span>

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2. | TeKoda Accounting, LLC - Tevia Hoalst/Nicole St. John | | _____ |
| | Name | | |
| | 3327 N Eagle Road | | _____ |
| | Street | | |
| | Suite 110-118 | | _____ |
| | Meridian | ID | 83646 |
| | City | State | ZIP Code |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None     **See attached list for full details**

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City     State     ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City     State     ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City     State     ZIP Code |

Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 44 of 65

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
Name _____

Street _____

City _____ State _____ ZIP Code _____

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sunwoo Hwang | 1555 Birdsall St, Unit E, Houston, TX 77077 | Officer & Director | 29.3% |
| Sam Reiman as a representative of the Richard King Mellon Foundation | Richard King Mellon Foundation, 500 Grant Street, Suite 4106, Pittsburg, PA 15219 | Director | 7.1% |
| Augustine Bui | 1555 Birdsall St, Unit E, Houston, TX 77077 | Officer | 4.2% |
| _____ | _____ | _____ | _____ |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

See attached list for full details

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name _____ | _____ | _____ | _____ |
| Street _____ | | _____ | |
| City _____ State _____ ZIP Code _____ | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Case: 23-30509   Doc# 1   Filed: 07/28/23   Entered: 07/28/23 14:21:42   Page 45 of 65

| | **Name and address of recipient** | | | |
|---|---|---|---|---|
| 30.2 | | | | |
| | Name | | | |
| | Street | | | |
| | City        State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| Sixup PBC, Inc. | EIN: 4 7 – 1 7 1 8 8 0 3 |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/28/2023
               MM / DD / YYYY

✗ _____      Printed name   Sunwoo Hwang
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☐ Yes

SIXUP PBC, INC.

Statement of Financial Affairs, Part 2, No. 3

7f506674v1

| Creditor's name | Creditor's address | Date of payment | Total amount | Reasons for payment or transfer |
|---|---|---|---|---|
| Aiven | Paid via debit card/EFT | 4/1/2023 | $ 229.88 | Suppliers or vendors |
| Expensify | Paid via debit card/EFT | 4/1/2023 | $ 187.20 | Suppliers or vendors |
| Google Cloud | Paid via debit card/EFT | 4/1/2023 | $ 552.65 | Suppliers or vendors |
| Google Gsuite | Paid via debit card/EFT | 4/1/2023 | $ 18.00 | Suppliers or vendors |
| Google Gsuite | Paid via debit card/EFT | 4/1/2023 | $ 660.00 | Suppliers or vendors |
| Google Services | Paid via debit card/EFT | 4/1/2023 | $ 30.26 | Suppliers or vendors |
| Salesforce | Paid via debit card/EFT | 4/1/2023 | $ 840.00 | Suppliers or vendors |
| Amazon Web Services | Paid via debit card/EFT | 4/3/2023 | $ 40.15 | Suppliers or vendors |
| Peter Nguyen | 6847 Kingsway Dr, Houston, TX 77087 | 4/5/2023 | $ 1,700.00 | Suppliers or vendors/Services |
| AAFCPAs, Inc. | PO Box 375, Brattleboro, VT 05302 | 4/6/2023 | $ 2,500.00 | Suppliers or vendors/Services |
| Fedex | PO Box 7221, Pasadena, CA 91109-7321 | 4/6/2023 | $ 118.52 | Suppliers or vendors |
| Florida Department of Revenue | 1415 West US Highway 90, Suite 115, Lake City, FL 32055-6156 | 4/6/2023 | $ 320.78 | Suppliers or vendors |
| TGilinsky & Safenovitz, LLC | 18195 Moss Pt, Chagrin Falls, OH 44023 | 4/6/2023 | $ 2,900.00 | Suppliers or vendors/Services |
| Launch Servicing, LLC | 402 W Broadway 20th Floor, San Diego, CA 92101 | 4/6/2023 | $ 5,237.87 | Suppliers or vendors/Services |
| NMLS | Paid via debit card/EFT | 4/6/2023 | $ 400.00 | Suppliers or vendors |
| Parallel 42 Consulting LLC | 13623 S Baroque Avenue, Nampa, ID 83651 | 4/6/2023 | $ 7,500.00 | Suppliers or vendors/Services |
| Vasquez Benisek & Lindgren LLP* | 1550 Parkside Drive, Suite 130, Walnut Creek, CA 94596 | 4/6/2023 | $ 270.00 | Suppliers or vendors/Services |
| Namebright | Paid via debit card/EFT | 4/8/2023 | $ 19.95 | Suppliers or vendors |
| Bill.com | Paid via debit card/EFT | 4/10/2023 | $ 80.55 | Suppliers or vendors |
| Microsoft | Paid via debit card/EFT | 4/10/2023 | $ 57.75 | Suppliers or vendors |
| Adobe | Paid via debit card/EFT | 4/11/2023 | $ 19.99 | Suppliers or vendors |
| Heroku | Paid via debit card/EFT | 4/11/2023 | $ 146.00 | Suppliers or vendors |
| Sunwoo Hwang (EE) | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 4/11/2023 | $ 594.85 | Suppliers or vendors |
| TeKoda Accounting | Paid via debit card/EFT | 4/13/2023 | $ 4,360.00 | Suppliers or vendors/Services |
| Augustine T Bui | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 4/14/2023 | $ 2,360.27 | Suppliers or vendors |
| Zendesk | Paid via debit card/EFT | 4/17/2023 | $ 1,143.33 | Suppliers or vendors |
| Franchise Tax BO Payments | Paid via debit card/EFT | 4/18/2023 | $ 800.00 | Suppliers or vendors |
| Franchise Tax BO Payments | Paid via debit card/EFT | 4/18/2023 | $ 800.00 | Suppliers or vendors |
| Franchise Tax BO Payments | Paid via debit card/EFT | 4/18/2023 | $ 800.00 | Suppliers or vendors |
| AAFCPAs, Inc. | PO Box 375, Brattleboro, VT 05302 | 4/19/2023 | $ 2,500.00 | Suppliers or vendors/Services |
| Fabiani Advisors, LLC | 5721 33rd St NW, Washington, DC 20015 | 4/19/2023 | $ 800.00 | Suppliers or vendors/Services |
| Florida U.C. Fund | 5050 West Tennessee Street, Tallahassee, FL 32399 | 4/19/2023 | $ 178.00 | Suppliers or vendors |
| Florida U.C. Fund | 5050 West Tennessee Street, Tallahassee, FL 32399 | 4/19/2023 | $ 250.60 | Suppliers or vendors |
| TGilinsky & Safenovitz, LLC | 18195 Moss Pt, Chagrin Falls, OH 44023 | 4/19/2023 | $ 2,900.00 | Suppliers or vendors/Services |
| Jennie Gross | 8037 Quebec Street, Commerce City, CO 80022 | 4/19/2023 | $ 500.00 | Suppliers or vendors/Services |
| Launch Servicing, LLC | 402 W Broadway 20th Floor, San Diego, CA 92101 | 4/19/2023 | $ 2,500.00 | Suppliers or vendors/Services |
| Nicole Casali Joseph | 3435 Cooper Street, San Diego, CA 92104 | 4/19/2023 | $ 525.00 | Suppliers or vendors/Services |
| Robert Thorland | 4107 Whittle Ave, Oakland, CA 94602 | 4/19/2023 | $ 529.44 | Suppliers or vendors/Services |
| Pennsylvania Dept of Revenue | Paid via debit card/EFT | 4/21/2023 | $ 350.00 | Suppliers or vendors |

| Name | Method | Address | Date | Amount | Category |
|---|---|---|---|---|---|
| Maryland Dept of Revenue | Paid via debit card/EFT | | 4/22/2023 | $ 300.00 | Suppliers or vendors |
| CMaryland Dept of Revenue | Paid via debit card/EFT | | 4/22/2023 | $ 9.00 | Suppliers or vendors |
| Augustine T Bui | Paid via debit card/EFT | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 4/24/2023 | $ 1,983.73 | Suppliers or vendors |
| Dropbox | Paid via debit card/EFT | | 4/24/2023 | $ 900.00 | Suppliers or vendors |
| Mailchimp | Paid via debit card/EFT | | 4/25/2023 | $ 100.00 | Suppliers or vendors |
| Lincoln Life | Paid via debit card/EFT | PO Box 375, Brattleboro, VT 05302 | 4/26/2023 | $ 1,118.26 | Suppliers or vendors/Services |
| AAFCPAs, Inc. | Paid via debit card/EFT | PO Box 849832, Los Angeles, CA 90084-9832 | 4/28/2023 | $ 2,000.00 | Suppliers or vendors/Services |
| Aon Risk Insurance Services West, Inc. | Paid via debit card/EFT | | 4/28/2023 | $ 1,391.00 | Suppliers or vendors |
| Docusign | Paid via debit card/EFT | | 4/28/2023 | $ 325.00 | Suppliers or vendors |
| First Republic Bank | Paid via debit card/EFT | | 4/28/2023 | $ 25.47 | Unsecured loan repayments |
| Launch Servicing, LLC | Paid via debit card/EFT | 402 W Broadway 20th Floor, San Diego, CA 92101 | 4/28/2023 | $ 2,500.00 | Suppliers or vendors/Services |
| McLaughlin Sanchez LLP | Paid via debit card/EFT | 605 Market Street, Suite 300, San Francisco, CA 94105 | 4/28/2023 | $ 2,000.00 | Suppliers or vendors/Services |
| Parallel 42 Consulting LLC | Paid via debit card/EFT | 13623 S Baroque Avenue, Nampa, ID 83651 | 4/28/2023 | $ 7,500.00 | Suppliers or vendors/Services |
| TRishma Hamir | Paid via debit card/EFT | 705-888 Pacific Street, Vancouver, BC, V6Z2S6 Canada | 4/28/2023 | $ 500.00 | Suppliers or vendors/Services |
| TeKoda Accounting | Paid via debit card/EFT | | 4/28/2023 | $ 4,360.00 | Suppliers or vendors/Services |
| Aiven | Paid via debit card/EFT | | 5/1/2023 | $ 222.48 | Suppliers or vendors |
| Expensify | Paid via debit card/EFT | | 5/1/2023 | $ 187.20 | Suppliers or vendors |
| Google Cloud | Paid via debit card/EFT | | 5/1/2023 | $ 534.53 | Suppliers or vendors |
| Google Gsuite | Paid via debit card/EFT | | 5/1/2023 | $ 673.00 | Suppliers or vendors |
| Google Gsuite | Paid via debit card/EFT | | 5/1/2023 | $ 18.00 | Suppliers or vendors |
| Google Services | Paid via debit card/EFT | | 5/1/2023 | $ 31.65 | Suppliers or vendors |
| Syft Analytics | Paid via debit card/EFT | | 5/1/2023 | $ 125.00 | Suppliers or vendors |
| Amazon Web Services | Paid via debit card/EFT | | 5/2/2023 | $ 39.02 | Suppliers or vendors |
| Sunwoo Hwang (EE) | Paid via debit card/EFT | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 5/2/2023 | $ 1,319.69 | Suppliers or vendors |
| Bill.com | Paid via debit card/EFT | | 5/9/2023 | $ 98.49 | Suppliers or vendors |
| Microsoft | Paid via debit card/EFT | | 5/10/2023 | $ 57.75 | Suppliers or vendors |
| Adobe | Paid via debit card/EFT | | 5/11/2023 | $ 19.99 | Suppliers or vendors |
| Lincoln Life | Paid via debit card/EFT | | 5/11/2023 | $ 1,118.26 | Suppliers or vendors |
| Heroku | Paid via debit card/EFT | | 5/12/2023 | $ 146.00 | Suppliers or vendors |
| AFCO | Paid via debit card/EFT | Dept LA 21315, Pasadena, CA 91185-1315 | 5/15/2023 | $ 665.24 | Suppliers or vendors |
| Aon Risk Insurance Services West, Inc. | Paid via debit card/EFT | PO Box 849832, Los Angeles, CA 90084-9832 | 5/15/2023 | $ 923.00 | Suppliers or vendors |
| Augustine T Bui | Paid via debit card/EFT | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 5/15/2023 | $ 2,166.08 | Suppliers or vendors |
| Gilinsky & Safenovitz, LLC | Paid via debit card/EFT | 18195 Moss Pt, Chagrin Falls, OH 44023 | 5/15/2023 | $ 1,300.00 | Suppliers or vendors/Services |
| Inspire Business Law Group | Paid via debit card/EFT | 50 California Street, Suite 1500, San Francisco, CA 94111 | 5/15/2023 | $ 3,000.00 | Suppliers or vendors/Services |
| Jennie Gross | Paid via debit card/EFT | 8037 Quebec Street, Commerce City, CO 80022 | 5/15/2023 | $ 500.00 | Suppliers or vendors/Services |
| McLaughlin Sanchez LLP | Paid via debit card/EFT | 605 Market Street, Suite 300, San Francisco, CA 94105 | 5/15/2023 | $ 1,558.43 | Suppliers or vendors/Services |
| Robert Thorland | Paid via debit card/EFT | 4107 Whittle Ave, Oakland, CA 94602 | 5/15/2023 | $ 529.44 | Suppliers or vendors/Services |
| AFCO | Paid via debit card/EFT | | 5/16/2023 | $ 665.24 | Suppliers or vendors |
| Zendesk | Paid via debit card/EFT | | 5/16/2023 | $ 2.89 | Suppliers or vendors |
| Arizona Dept of Revenue | Paid via debit card/EFT | | 5/19/2023 | $ 1,000.00 | Suppliers or vendors |

| Name | Payment method / Address | Date | | Amount | Category |
|---|---|---|---|---|---|
| Dropbox | Paid via debit card/EFT | 5/23/2023 | $ | 900.00 | Suppliers or vendors |
| Mailchimp | Paid via debit card/EFT | 5/25/2023 | $ | 100.00 | Suppliers or vendors |
| Millennium Trust Company | | 5/25/2023 | $ | 35,093.39 | Secured debt |
| McLaughlin Sanchez LLP | 1230 Rosecrans Ave, Suite 300, Manhattan Beach, CA 90266 | 5/26/2023 | $ | 5,000.00 | Suppliers or vendors/Services |
| Sunwoo Hwang (EE) | 605 Market Street, Suite 300, San Francisco, CA 94105 | 5/26/2023 | $ | 577.26 | Suppliers or vendors |
| Augustine T Bui | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 5/30/2023 | $ | 2,722.90 | Suppliers or vendors |
| Docusign | Paid via debit card/EFT | 5/30/2023 | $ | 325.00 | Suppliers or vendors |
| Syft Analytics | Paid via debit card/EFT | 5/30/2023 | $ | 125.00 | Suppliers or vendors |
| Aiven | Paid via debit card/EFT | 6/1/2023 | $ | 229.88 | Suppliers or vendors |
| Aon Risk Insurance Services West, Inc. | PO Box 849832, Los Angeles, CA 90084-9832 | 6/1/2023 | $ | 1,368.00 | Suppliers or vendors |
| Cogency Global, Inc. - 01SIXUPPB | PO Box 3168, Hicksville, NY 11802 | 6/1/2023 | $ | 1,355.75 | Suppliers or vendors/Services |
| Expensify | Paid via debit card/EFT | 6/1/2023 | $ | 234.00 | Suppliers or vendors |
| Google Cloud | Paid via debit card/EFT | 6/1/2023 | $ | 553.82 | Suppliers or vendors |
| TGoogle Gsuite | Paid via debit card/EFT | 6/1/2023 | $ | 774.57 | Suppliers or vendors |
| TGoogle Gsuite | Paid via debit card/EFT | 6/1/2023 | $ | 18.00 | Suppliers or vendors |
| Google Services | Paid via debit card/EFT | 6/1/2023 | $ | 31.65 | Suppliers or vendors |
| Launch Servicing, LLC | 402 W Broadway 20th Floor, San Diego, CA 92101 | 6/1/2023 | $ | 2,623.04 | Suppliers or vendors/Services |
| Nicole Casali Joseph | 3435 Cooper Street, San Diego, CA 92104 | 6/1/2023 | $ | 566.25 | Suppliers or vendors/Services |
| Amazon Web Services | Paid via debit card/EFT | 6/2/2023 | $ | 40.15 | Suppliers or vendors |
| Bill.com | Paid via debit card/EFT | 6/6/2023 | $ | 93.15 | Suppliers or vendors |
| Heroku | Paid via debit card/EFT | 6/7/2023 | $ | 146.00 | Suppliers or vendors |
| Parallel 42 Consulting LLC | 13623 S Baroque Avenue, Nampa, ID 83651 | 6/7/2023 | $ | 7,500.00 | Suppliers or vendors/Services |
| Trekoda Accounting | Paid via debit card/EFT | 6/7/2023 | $ | 4,315.00 | Suppliers or vendors/Services |
| Lincoln Life | Paid via debit card/EFT | 6/8/2023 | $ | 1,118.26 | Suppliers or vendors |
| Microsoft | Paid via debit card/EFT | 6/10/2023 | $ | 57.75 | Suppliers or vendors |
| Adobe | Paid via debit card/EFT | 6/12/2023 | $ | 19.99 | Suppliers or vendors |
| First Republic Bank | Paid via debit card/EFT | 6/13/2023 | $ | 2,860.18 | Unsecured loan repayments |
| AFCO | Paid via debit card/EFT | 6/15/2023 | $ | 3,940.50 | Suppliers or vendors |
| Zendesk | Paid via debit card/EFT | 6/16/2023 | $ | 3.45 | Suppliers or vendors |
| AFCO | Dept LA 21315, Pasadena, CA 91185-1315 | 6/23/2023 | $ | 3,940.50 | Suppliers or vendors |
| Augustine T Bui | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 6/23/2023 | $ | 2,041.01 | Suppliers or vendors |
| Cogency Global, Inc. - 01SIXUPPB | PO Box 3168, Hicksville, NY 11802 | 6/23/2023 | $ | 1,983.33 | Suppliers or vendors/Services |
| Dropbox | Paid via debit card/EFT | 6/23/2023 | $ | 420.00 | Suppliers or vendors |
| Franchise Tax BO Payments | 18195 Moss Pt, Chagrin Falls, OH 44023 | 6/23/2023 | $ | 77.98 | Suppliers or vendors |
| Gilinsky & Safenovitz, LLC | 8037 Quebec Street, Commerce City, CO 80022 | 6/23/2023 | $ | 400.00 | Suppliers or vendors/Services |
| Jennie Gross | 605 Market Street, Suite 300, San Francisco, CA 94105 | 6/23/2023 | $ | 500.00 | Suppliers or vendors/Services |
| McLaughlin Sanchez LLP | 705-888 Pacific Street, Vancouver, BC, V6Z2S6 Canada | 6/23/2023 | $ | 1,000.00 | Suppliers or vendors/Services |
| Rishma Hamir | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 6/23/2023 | $ | 500.00 | Suppliers or vendors/Services |
| Sunwoo Hwang (EE) | Paid via debit card/EFT | 6/23/2023 | $ | 410.04 | Suppliers or vendors |
| Florida Department of Revenue | Paid via debit card/EFT | 6/26/2023 | $ | 75.00 | Suppliers or vendors |

| Name | Address / Method | Date | Amount | Category |
|---|---|---|---|---|
| Mailchimp | Paid via debit card/EFT | 6/26/2023 | $ 100.00 | Suppliers or vendors |
| Gunwoo Hwang (EE) | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 6/26/2023 | $ 237.95 | Suppliers or vendors |
| JMBM Retainer Account | Two Embarcadero Center, 5th Floor, San Francisco, California 94111 | 6/27/2023 | $ 1,000.00 | Suppliers or vendors/Services |
| Seiler Epstein LLP IOLTA | 4 Embarcadero Center, 14th Floor, San Francisco, California 94111 | 6/27/2023 | $ 2,310.00 | Suppliers or vendors/Services |
| Docusign | Paid via debit card/EFT | 6/28/2023 | $ 325.00 | Suppliers or vendors |
| First Republic Bank | Paid via debit card/EFT | 6/30/2023 | $ 25.47 | Unsecured loan repayments |
| Lenny Akins Consultant | 1573 Seminole Drive, Forney, TX 75126 | 6/30/2023 | $ 2,000.00 | Suppliers or vendors/Services |
| Syft Analytics | Paid via debit card/EFT | 6/30/2023 | $ 125.00 | Suppliers or vendors |

SIXUP PBC, INC.

Statement of Financial Affairs, Part 2, No. 4

7156674v1

| Insider's name | Insider's address | Dates | Total amount or value | | Reasons for payment |
|---|---|---|---|---|---|
| Augustine Bui | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 01/01/2023-06/30/2023 | $ | 73,882.28 | Gross payroll |
| Augustine Bui | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 06/16/2022-12/31/2022 | $ | 51,250.00 | Gross payroll |
| Augustine Bui | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 07/01/2022-06/30/2023 | $ | 39,502.88 | Reimbursements paid via bill.com |
| Sunwoo Hwang | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 01/01/2023-06/30/2023 | $ | 58,257.04 | Gross payroll |
| Sunwoo Hwang | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 06/16/2022-12/31/2022 | $ | 61,250.00 | Gross payroll |
| Sunwoo Hwang | 1555 Birdsall Street, Unit E, Houston, TX 77007 | 07/01/2022-06/30/2023 | $ | 16,892.63 | Reimbursements paid via bill.com |
| | | | | | |

SIXUP PBC, INC.

Statement of Financial Affairs, Part 13, No. 25

Case: 23-30509   Doc# 1   Filed: 07/28/23   Entered: 07/28/23 14:21:42   Page 54 of 65

7150667411

| Business Name | Business Address | Nature of the business | EIN | Dates business existed |
|---|---|---|---|---|
| Sixup PBC, Inc | 77 Van Ness Ave, Suite 101, MS-1223, San Francisco, CA 94102 | Student Loans | 47-1718803 | 08/21/2014-Present |
| Sixup Lending LLC | 77 Van Ness Ave, Suite 101, MS-1223, San Francisco, CA 94102 | Student Loans | 61-1767247 | 07/30/2015-Present |
| Sixup Community Fund I, LLC | 77 Van Ness Ave, Suite 101, MS-1223, San Francisco, CA 94102 | Student Loans | 81-2560467 | 05/03/2016-Present |
| Sixup Foundation | 77 Van Ness Ave, Suite 101, MS-1223, San Francisco, CA 94102 | 501(c)3 | 32-059784465 | 03/05/2016-Present |
| Sixup Secured Funding I, LLC | 77 Van Ness Ave, Suite 101, MS-1223, San Francisco, CA 94102 | Student Loans | 82-4350809 | 02/08/2018-Present |
| Sixup Secured Funding 2021-1 LLC | 77 Van Ness Ave, Suite 101, MS-1223, San Francisco, CA 94102 | Student Loans | 87-1302994 | 06/21/2021-Present |
| Sixup Secured Funding 2022-1 | 77 Van Ness Ave, Suite 101, MS-1223, San Francisco, CA 94102 | Student Loans | 88-6483562 | 06/02/2022-Present |
| Sixup Credit Facility 2017-1, LLC | 77 Van Ness Ave, Suite 101, MS-1223, San Francisco, CA 94102 | Student Loans | 82-3457641 | 11/17/2017-09/09/2022 |
| Sixup Community Fund II, LLC | 77 Van Ness Ave, Suite 101, MS-1223, San Francisco, CA 94102 | Student Loans | 83-2030393 | 09/25/2018-09/09/2022 |
| Sixup Crowdfunding I, LLC | 77 Van Ness Ave, Suite 101, MS-1223, San Francisco, CA 94102 | Fundraising | | 07/09/2018 -05/26/2023 |

SIXUP PBC, INC.

Statement of Financial Affairs, Part 13, No. 26(a)

| Name | Address | Dates of service |
|------|---------|------------------|
| Parallel 42 Consulting, LLC - Meaghan Orrall | 13623 S Baroque Avenue, Nampa, Idaho 83651 | 05/2022-Present |
| Gillinsky & Safenovitz, LLC | 18195 Moss Pt, Chagrin Falls, Ohio 44023 | 07/2021-Present |
| TeKoda Accounting, LLC | 3327 N Eagle Road, Suite 110-118, Meridian, Idaho 83646 | 05/2021-Present |
| Leighton J. Smith, CFO Services | 3558 Torino Way, Concord, California 94518 | 11/2020-06/2022 |

SIXUP PBC, INC.

Statement of Financial Affairs, Part 13, No. 26(d)

Case: 23-30509    Doc# 1    Filed: 07/28/23    Entered: 07/28/23 14:21:42    Page 58 of 65

7150667 4v1

| Name | Address |
|---|---|
| Al Mailman Foundation | 707 Westchester Ave, Suite 401, White Plains, NY 10604 |
| Alliance Partners LLC | 4445 Willard Avenue, Suite 1100, Chevy Chase, MD 20815 |
| Ascent Funding | 402 West Broadway, 20th Floor, San Diego, CA 92101 |
| Atalaya Capital Management LP | One Rockefeller Plaza, 32nd Floor, New York, NY 10020 |
| Beneficial State Bank | 1438 Webster Street, Suite 100, Oakland, CA 94612 |
| BlackRock Financial Management | 55 East 52nd Street, New York, NY 10055 |
| Capital Impact Partners | 1400 Crystal Drive, Suite 500, Arlington, VA 22202 |
| Chris Knapp | Robertson Stephens, 3131 Eastside St, Suite 105, Houston, TX 77098 |
| Colden Investment | 10555 Ashton Avenue, Suite 103, Los Angeles, CA |
| Deutsche Bank | 1 Columbus Circle, New York, NY 10019 |
| Finitive | Four Embarcadero Center, Suite 1400, San Francisco, CA 94111 |
| Fortress Investment Group | 1345 Avenue of the Americas, Floor 46, New York, NY 10105 |
| Goal Solutions | 402 West Broadway, 20th Floor, San Diego, CA 92101 |
| Goldman, Sachs & Co. | 2001 Ross Avenue, Suite 2900, Dallas, TX 75201 |
| I Heart Media Ventures | 20880 Stone Oak Parkway, San Antonio, TX 78258 |
| Impact Assets | 4340 East West Highway, Suite 210, Bethesda, MD 20814 |
| Judy Tate | Robertson Stephens, 3131 Eastside St, Suite 105, Houston, TX 77098 |
| Learn Capital | 20 E. 3rd Avenue, San Mateo, CA 94401 |
| May Shelmire Duncan | Robertson Stephens, 3131 Eastside St, Suite 105, Houston, TX 77098 |
| MPOWER Financing | 1101 Connecticut Avenue NW, Suite 900, Washington, DC 20036 |
| OFN - Opportunity Finance Network | 123 S Broad Street, Suite 1930, Philadelphia, PA 19109 |
| PAM - Pier Asset Management | 1230 Rosecrans Avenue, Suite 300, Manhattan Beach, CA 90266 |
| PNC | 2445 Kuser Road, Hamilton, NJ 08690 |
| Rethink | 707 Westchester Ave, Suite 401, White Plains, NY 10604 |
| Richard King Mellon Foundation | 500 Grant Street, Suite 4106, Pittsburgh, PA 15219 |
| Rockefeller Foundation | 420 Fifth Avenue, New York, NY 10018 |
| WK Kellogg Foundation | One Michigan Avenue East, Battle Creek, MI 49017 |
| Woodcock Foundation | 315 West 36th Street, New York, NY 10018 |

SIXUP PBC, INC.

Statement of Financial Affairs, Part 13, No. 30

7150667471

| Name of recipient | Address of recipient | Amount of money | Dates | Reason for providing the value | Relationship to debtor |
|---|---|---|---|---|---|
| Augustine Bui | 1555 Birdsall St, Unit E, Houston, TX 77007 | $ 73,882.28 | 01/01/2023-06/30/2023 | Gross payroll (includes advances) | Employee |
| Augustine Bui | 1555 Birdsall St, Unit E, Houston, TX 77007 | $ 51,250.00 | 06/16/2022-12/31/2022 | Gross payroll (includes advances) | Employee |
| Sunwoo Hwang | 1555 Birdsall St, Unit E, Houston, TX 77007 | $ 58,257.04 | 01/01/2023-06/30/2023 | Gross payroll (includes advances) | Employee |
| Sunwoo Hwang | 1555 Birdsall St, Unit E, Houston, TX 77007 | $ 61,250.00 | 06/16/2022-12/31/2022 | Gross payroll (includes advances) | Employee |
| | | | | | |
| Augustine Bui | 1555 Birdsall St, Unit E, Houston, TX 77007 | $ 39,502.88 | 07/01/2022-06/30/2023 | Reimbursements paid via bill.com | Employee |
| Sunwoo Hwang | 1555 Birdsall St, Unit E, Houston, TX 77007 | $ 16,892.63 | 07/01/2022-06/30/2023 | Reimbursements paid via bill.com | Employee |
| | | | | | |
| | | | | | |
| | | | | | |

JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504)
byoung@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Debtor SIXUP PBC, INC.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. |
| SIXUP PBC, INC. | Chapter 7 |
| Debtor | **STATEMENT PURSUANT TO SECTION 329(a) OF BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(B)** |

The undersigned, pursuant to 11 U.S.C. § Rule 2016(b), Bankruptcy Rules, states that:

1.  Jeffer Mangels Butler & Mitchell LLP ("JMBM") is counsel to the debtor in this case.

2.  The compensation paid or agreed to be paid by debtor, to the undersigned is:

    a.  For legal services rendered or to be rendered in contemplation of and in connection with this case and litigation involving the debtor JMBM's normal hourly rates.

    b.  Prior to the filing of this statement, JMBM received ...............$18,000.00

    c.  The unpaid balance due and payable is .............................$0

3.  $338 of the filing fee in this case has been paid.

4.  The services rendered or to be rendered by JMBM are to act as general bankruptcy counsel to the debtor and debtor in possession, including the following:

    a.  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United

STATEMENT PURSUANT TO SECTION 329(a) OF BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(B)

1   States Code.

2       b.   Preparation and filing of the petition, schedules, statement of affairs and other

3           documents required by the court.

4       c.   Representation of the debtor(s) at the meeting of the creditors.

5   5.   The source of the payments to JMBM is the debtor's funds.

6   6.   The undersigned has received no transfer, assignment or pledge of property from

7       debtor(s) except the following for the value stated:  None.

8   7.   The undersigned has not shared or agreed to share with any other entity, other than

9       with members of undersigned's law firm, any compensation paid or to be paid except

10      as follows:  None.

11  DATED:  July 28, 2023                    JEFFER MANGELS BUTLER & MITCHELL LLP
                                             BENNETT G. YOUNG
12

13                                           By: /s/ Bennett G. Young
                                             BENNETT G. YOUNG
14                                           Attorneys for Debtor SIXUP PBC, INC.

STATEMENT PURSUANT TO SECTION 329(a) OF BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(B)

**Fill in this information to identify the case:**

Debtor name ___Sixup PBC, Inc.___ _____

United States Bankruptcy Court for the: ___NORTHERN___ District of ___CA___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* .............................................................. $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ............................................................ $ 30,303,678.95

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .............................................................. $ 30,303,678.95

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............ $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 line 5a of *Schedule E/F* ........................... $ 30,300.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........ + $ 12,791,934.19

4. **Total liabilities** ..................................................................................... $ 12,822,234.19
    Lines 2 + 3a + 3b

Case: 23-30509   Doc# 1   Filed: 07/28/23   Entered: 07/28/23 14:21:42   Page 64 of 65

Debtor Name  Sixup PBC, Inc.

United States Bankruptcy Court for the:  NORTHERN          District of  CA
                                                                          (State)

Case number (If known):  _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/28/2023               ✘ _____
             MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                           Sunwoo Hwang
                                           Printed name

                                           Chief Executive Officer
                                           Position or relationship to debtor